UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ROBERT ALLEN WALKER,<br>    Defendant. | CRIMINAL NO. 5:10-CR-99-KKC-MAS-1<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Magistrate Judge Matthew A. Stinnett's recommended disposition (DE 40) regarding the defendant's admitted violation of the terms of his supervised release. The magistrate judge recommends the defendant continue to serve his current lifetime term of supervised release without revocation or modification. No party has filed objections to the recommendation, and the defendant has waived his right to appear before the district judge to make a statement and present mitigating information. (DE 41.)

Accordingly, the Court hereby ORDERS that the recommended disposition (DE 40) is ADOPTED as the Court's opinion. The Court will enter a judgment consistent with the recommendation.

This 12th day of September, 2024.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY